IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A.L. HANSEN MANUFACTURING CO., <br><br> Plaintiff, <br><br> v. <br><br> S.P.E.P. ACQUISITION CORP., d/b/a SIERRA PACIFIC ENGINEERING & PRODUCTS, <br><br> Defendant. | Case No. 1:09-cv-03516 <br><br> Judge Dow <br><br> Magistrate Judge Schenkier |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between counsel for the parties, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(2) this action is dismissed without prejudice, with each party to bear its own costs, attorneys' fees, court costs and expenses.

Date:  September 28, 2009                     Respectfully submitted,

A.L. HANSEN MANUFACTURING              S.P.E.P. ACQUISITION CORP.

s/ Charles M. McMahon                          s/ S. Richard Carden
Charles. M. McMahon                            John J. McDonnell
Jeffrey A. Marx                                S. Richard Carden
BRINKS HOFER GILSON & LIONE                    Eric R. Moran
NBC Tower – Suite 3600                         MCDONNEL BOEHNEN HULBERT &
455 North Cityfront Plaza Drive                BERGHOFF LLP
Chicago, Illinois  60611-5599                  300 South Wacker Drive
(312) 321-4200                                 Suite 3200
                                               Chicago, Illinois 60606
*Attorneys for Plaintiff*                      (312) 913-0001
*A.L. Hansen Manufacturing Co.*                carden@mbhb.com

                                               *Attorneys for Defendant*
                                               *S.P.E.P. Acquisition Corp.*


SO ORDERED this ___ day of _____, 2009.


_____
The Honorable Robert M. Dow, Jr.
United States District Judge

2